DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADEM ALBRA,**
Appellant,

v.

**LESLIE JOSEPH SZENDY,**
Appellee.

No. 4D20-1024

[August 27, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE19-003942.

Adem Albra, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***